No. 185, Misc.   PRICE *v.* WEST VIRGINIA.   Supreme Court of Appeals of West Virginia.   Certiorari denied. Petitioner *pro se.   C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell* and *Simon M. Bailey,* Assistant Attorneys General, for respondent.

No. 487, Misc.   RIDDLE *v.* DICKSON, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 102, Misc.   McCANN *v.* WARDEN, CONNECTICUT STATE PRISON.   Superior Court of Connecticut, Hartford County.   Certiorari denied.

No. 239, Misc.   ROBERTS *v.* BOLES, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied. Petitioner *pro se.   C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell* and *Simon M. Bailey,* Assistant Attorneys General, for respondent.

No. 249, Misc.   DOLATOWSKI *v.* ILLINOIS.   Criminal Court of Cook County, Illinois.   Certiorari denied.   Petitioner *pro se.   William G. Clark,* Attorney General of Illinois, for respondent.

No. 320, Misc.   PELLON *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 383, Misc.   HANDLEY *v.* MURPHY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 502, Misc.   LARSON *v.* WASHINGTON.   Supreme Court of Washington.   Certiorari denied.